1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
5  PATRICIA SPALETTA (CABN 156788)
   Special Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California  94102
       Telephone:     (415) 552-6031
8      Facsimile:     (415) 436-7234
       Patricia.Spaletta@usdoj.gov
9
10 Attorneys for Plaintiff
11
12                      UNITED STATES DISTRICT COURT
13                     NORTHERN DISTRICT OF CALIFORNIA
14                          SAN FRANCISCO DIVISION
15
16 UNITED STATES OF AMERICA,           )   No. CR 10-0379 JSW
                                       )
17         Plaintiff,                  )   STIPULATION AND [~~PROPOSED~~] ORDER
                                       )   EXCLUDING TIME UNDER 18 U.S.C. § 3161
18     v.                              )
                                       )
19 ALBERTO ARROYO-LOPEZ,               )
                                       )
20         Defendant.                  )
                                       )
21
22
        On May 12, 2010, the parties in this case appeared before the Court.  The Court set the
23
   matter for a change of plea hearing before the Honorable Jeffrey S. White on June 24, 2010.  The
24
   parties agreed to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from May
25
   12, 2010 to June 24 2010, in light of the need for defense counsel to review discovery.
26
27
28

STIP. & [PROPOSED] ORDER EXCLUDING TIME
ALBERTO ARROYO-LOPEZ, CR 10-0379 JSW                                                             1

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: May 12, 2010          /s/
PATRICIA SPALETTA
Special Assistant United States Attorney

DATED: May 12, 2010          /s/
ELIZABETH FALK
Assistant Federal Public Defender

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from May 12, 2010 to June 24, 2010 would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from May 12, 2010 to June 24, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time from May 12, 2010 to June 24, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 5/17/10          _____
THE                     SPERO
United                  
                        Judge Joseph C. Spero

IT IS SO ORDERED
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP. & [PROPOSED] ORDER EXCLUDING TIME
ALBERTO ARROYO-LOPEZ, CR 10-0379 JSW                                        2